IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | 8:07CR140 |
| Plaintiff,          ) | |
| ) | |
| vs.          ) | ORDER |
| ) | |
| BRENDA JACOBO-AGUAYO,          ) | |
| ) | |
| Defendant.          ) | |

This matter is before the court on the motion to continue by defendant Brenda Jacobo-Aguayo (Jacobo-Aguayo) (Filing No. 33). Jacobo-Aguayo seeks a thirty-day continuance of the trial of this matter which is scheduled for July 16, 2007. Jacobo-Aguayo's counsel represents that counsel for the government has no objection to the motion. Jacobo-Aguayo's counsel represents that Jacobo-Aguayo consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted in part.

**IT IS ORDERED:**

1. Jacobo-Aguayo's motion to continue trial (Filing No. 33) is granted.
2. Trial of this matter is re-scheduled for **August 13, 2007,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 27, 2007 and August 13, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge