IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:07CR140 |
| | ) | |
| v. | ) | |
| | ) | |
| BRENDA JACOBO-AGUAYO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that defendant's oral motion for reimbursement of costs in forma pauperis is granted. The United States Marshal is ordered to arrange and pay for defendant's return noncustodial transportation from Omaha, Nebraska, to Los Angeles, California, following the hearing on August 29, 2007, and for lodging and subsistence not to exceed the authorized per diem.

    DATED this 29th day of August, 2007.

                                                BY THE COURT:

                                                s/ Joseph F. Bataillon
                                                Chief United States District Judge